**668**

WILLIAM BAXTER, as Administrator, etc., of RAYMOND A. DUSSEL, Deceased, Respondent, v. DANIEL AIELLO and RAFFAEL PIETRACOVO, Appellants, and Another. WILLIAM BAXTER, as Administrator, etc., of MARGARET M. DUSSEL, Deceased, Respondent, v. DANIEL AIELLO and RAFFAEL PIETRACOVO, Appellants, and Another. ERNEST K. SMITH, Respondent, v. DANIEL AIELLO and RAFFAEL PIETRACOVO, Appellants, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

D. ROY VAN ETTEN, Respondent, v. EVERETT B. SCHOONMAKER, as Trustee in Bankruptcy of IRVING V. A. HUIE, INCORPORATED, and STATE OF NEW YORK, Defendants. THE HOME INDEMNITY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PIE BAKERIES OF AMERICA, NEW YORK, INC., Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ANNA GRAHAM, Respondent, v. KNICKERBOCKER INSURANCE COMPANY OF NEW YORK, Appellant. ROSENDALE DEVELOPING COMPANY, INC., Respondent, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THELMA LACLAIRE HAFLETT, Respondent, v. JAMES O. SEBRING, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

SIGRID TOLLISEN, as Administratrix, etc., of HERMAN TOLLISEN, Deceased, Appellant, v. MICHAEL VENER, Respondent, and Others.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE NATIONAL SAVINGS BANK OF THE CITY OF ALBANY, Respondent, v. IRVING L. SIMON, Appellant, and Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of Examination in Proceedings Supplementary to Execution: THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Judgment Creditor, Respondent, v. HEGEDORN CONTRACTING COMPANY, INC., Judgment Debtor, Appellant.— Motion for stay denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of DAISY GLASFORD, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for order waiving requirement that appellant print papers on appeal, and brief, denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.